USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MONTHER ZOBE,

               Plaintiff,

   -against-

DET. ROGER BENASH, et al.

              Defendants.
------------------------------------X

08 Civ. 3937 (LTS)(THK)

**ORDER**

**Pro Se**

**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

    This case having been referred to this Court for general pretrial supervision; it is hereby ORDERED that a telephone conference shall be held on June 17, 2009 at 10:00 a.m. Defendants' counsel shall arrange with the correctional facility in which Plaintiff is incarcerated to have Plaintiff Monther Zobe, No. 39127, made available for this conference. Defendants' counsel shall initiate the conference call. The parties should be prepared to discuss settlement of this action.

                               So Ordered.

                               _____
                               Theodore H. Katz
                               United Magistrate Judge

Dated: May 22, 2009
       New York, New York

COPIES MAILED
TO COUNSEL OF RECORD ON 5/22/09